February 14, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-11-00091-CV                 V.

DAVID JENKINS, Appellee

_____

This cause, an appeal from the trial court's rulings of January 24, 2011 denying the City of Houston's plea to the jurisdiction and granting it summary judgment, was heard on the transcript of the record. We have inspected the record, and we find that the trial court correctly denied the City's plea to the jurisdiction, but erred in granting the City summary judgment. We therefore **AFFIRM** the portion of the judgment denying the plea to the jurisdiction; **REVERSE** the portion of the judgment granting summary judgment; and **REMAND** the case to the trial court for proceedings in accordance with this court's opinion.

We order the City of Houston to pay all costs incurred in this appeal. We further order this decision certified below for observance.